PER CURIAM.
Affirmed. Fla. Stat. § 59.041 (1995); Griffin v. State, 639 So.2d 966 (Fla.1994), cert. denied, — U.S. -, 115 S.Ct. 1317, 131 L.Ed.2d 198 (1995); Valle v. State, 581 So.2d 40 (Fla.1991), cert, denied, 502 U.S. 986, 112 S.Ct. 597, 116 L.Ed.2d 621 (1991); White v. State, 377 So.2d 1149 (Fla.1979); Jones v. State, 508 So.2d 490 (Fla. 3d DCA 1987); Cason v. State, 508 So.2d 448 (Fla. 3d DCA), review denied, 518 So.2d 1273 (Fla.1987); Goldberg v. Ross, 421 So.2d 669 (Fla. 3d DCA 1982).